UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| | | | |
|---|---|---|---|
| Case No. | CV 15-3263 DSF (MRWx) | Date | 6/29/15 |
| Title | Michael Costello v. First Source, LLC | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order DENYING Motion to Remand (Dkt. No. 9)

      The Court finds that Defendant has established by a preponderance of the evidence that the amount in controversy exceeds $75,000. While the amount in controversy from past wage and benefit losses only totals slightly less than $35,000, the complaint demands damages from future lost earnings and physical and emotional distress, as well as punitive damages, a $10,000 penalty, and attorney's fees. These other items more likely than not cause the total amount in controversy to exceed the jurisdictional minimum

      The motion to remand is DENIED.

      IT IS SO ORDERED.